# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-CR-077 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| vs. | : | |
| TY BRANDON ROBERTS, | : | MOTION TO FILE DOCUMENT UNDER SEAL |
| Defendant. | : | |

Now comes the United States and moves this Court, pursuant to its inherent power to control papers filed with the Court, for authorization to file the Government's Response to the Defendant's Sentencing Memorandum under seal and issue a protective order sealing said document from public inspection until otherwise directed by this Court. In support of this motion, the Government states that the document contains sensitive information that may be used to identify victims, contains sensitive information about the defendant, and that the nature of the case warrants sealing this document.

WHEREFORE, the United States respectfully requests authorization to file the Government's Response to the Defendant's Sentencing Memorandum under seal and issue a protective order that said document be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s Kelly K. Rossi*
KELLY K. ROSSI (NM 147107)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Kelly.Rossi@usdoj.gov