IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:22-cr-077 |
| vs. | | |
| TY BRANDON ROBERTS, | : | Judge Thomas M. Rose |
| Defendant. | : | |

**MOTION TO FILE DOCUMENT UNDER SEAL**

    Now come counsel for Defendant, Ty Brandon Roberts, and respectfully requests that this Court issue an Order allowing him to file his response to the government's sentencing memorandum under seal. This response will contain references to minor victims, as well as some detailed information from a psychological evaluation of the defendant.

    Respectfully submitted,

JOE MEDICI
FEDERAL PUBLIC DEFENDER

s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr. (0073138)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
1 South Main Street
Dayton, Ohio   45402
(937) 225-7687
Thomas_Anderson@fd.org

Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                   <u>s/Thomas W. Anderson, Jr.</u>
                   Thomas W. Anderson, Jr.